UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GABRIEL CALIENDO,<br><br>Plaintiff,<br><br>    v.<br><br>FINANCIAL ASSET MANAGEMENT SYSTEMS, INC.,<br><br>Defendant. | Case No. 1:16-cv-04839<br><br>Honorable Judge John R. Blakey |

## AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, GABRIEL CALIENDO and the Defendant, FINANCIAL ASSET MANAGEMENT SYSTEMS, INC., through their respective counsel that the above-captioned case be dismissed *without* prejudice with leave to reinstate through April 13, 2017. After April 13, 2017, the dismissal shall become with prejudice, with each party to bear its own costs and attorney fees.

Date: February 27, 2017                                   Respectfully submitted,

**GABRIEL CALIENDO**                                    **FINANCIAL ASSET MANAGEMENT SYSTEMS, INC.**

By: /s/ *Mohammed O. Badwan*                         By: /s/ *Katherine Maria Saldanha Olson*
Mohammed O. Badwan                                    Katherine Maria Saldanha Olson
SULAIMAN LAW GROUP, LTD.                              MESSER STRICKLER, LTD.
900 Jorie Boulevard, Suite 150                        225 W. Washington St., Suite 575
Oak Brook, IL 60523                                   Chicago, IL 60606
Phone: (630) 575-8181                                 Phone: (312) 334-3469
Fax:    (630) 575-8188                                Fax:    (312) 334-3473
mbadwan@sulaimanlaw.com                               kolson@messerstrickler.com