# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Gabriel Caliendo

                                            Plaintiff,

v.                                                        Case No.: 1:16–cv–04839
                                                               Honorable John Robert Blakey

Financial Assets Management Systems, Inc.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 17, 2017:

      MINUTE entry before the Honorable John Robert Blakey: Plaintiff's unopposed motion to extend reinstatement date [28] is granted. Absent reinstatement on or before 5/31/2017, the dismissal will become one with prejudice without further order of this court. Motion hearing set for 4/20/2017 is stricken. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.